

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2016

No. 04-15-00318-CV

**GEMINI INSURANCE COMPANY** and Berkley Oil & Gas Specialty Services, LLC,
Appellants

v.

**DRILLING RISK MANAGEMENT, INC.**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 12-066
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

On August 5, 2016, the appellee Drilling Risk Management, Inc. filed a motion for rehearing and a motion for reconsideration en banc. The Court requests that the appellants Gemini Insurance Company and Berkley Oil and Gas Specialty Services, LLC file a response *within twenty (20) days* from the date of this order. *See* TEX. R. APP. P. 49.2.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court